Matthew E. Kennedy, Esq. (#017602007)
**LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A.**
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
mkennedy@lbmblaw.com
Attorneys for Defendant Diversified Maintenance Systems, LLC
File No.: 29474 MEK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)**

| | |
|---|---|
| NAGAT MICHAEL AND WAGEEH Y. MICHAEL, Husband and Wife<br><br>Plaintiffs<br><br><br>v.<br>MACY'S RETAIL HOLDINGS, INC., MACY'S INC.; MACY'S DEPARTMENT STORE AND "JOHN DOE 1-10" AND/OR "ABC CORP. AND/OR LLC #1-5" SAID NAMES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS; AND BROOKFIELD PROPERTIES D/B/A WILLOWBROOK MALL, AND "JOHN DOE 1-3" AND/OR ABC CORP. AND/OR LLC #1-5 SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS, AND DIVERSIED MAINTENCE SYSTEMS LLC, AND/OR "JOHN DOE MAINTENANCE CO. #1-3" SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS<br><br>Defendants | Civil No.:<br><br>CIVIL ACTION<br><br><br><br><br>**(Document Electronically Filed)** |

1

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant Diversified Maintenance Systems, LLC (hereinafter "DMS"), by and through its attorneys, Leary, Bride, Mergner & Bongiovanni, P.A., moves this Court for Removal pursuant to 28 U.S.C. § 1332, 1441, and 1446, with full reservation of any and all defenses and objections and, in support thereof, states the following reasons:

1. On January 6, 2020, plaintiffs Nagat Michael and Wageeh Y. Michael, residents of New Jersey, filed a Complaint in the Superior Court of New Jersey, Law Division, Passaic County, Docket No.: PAS-L-000042-20.  This is the first pleading in which DMS was named as a defendant. A true and correct copy of Plaintiffs' Complaint is attached hereto as <u>Exhibit A</u>

2. Plaintiffs' Complaint alleges that, on or about January 11, 2018, plaintiff Nagat Michael slipped and fell while she was an invitee/shopper at the Macy's Department Store located in the Township of Wayne, County of Passaic, State of New Jersey

3. Diversified Maintenance Systems, LLC is a Delaware Limited Liability Company with its principal place of business in Tampa, Florida.  The sole member of Diversified Maintenance Systems, LLC is DMS Parent, LLC, which is a Delaware Limited Liability Company with its principal place of business in the State of Florida.  None of the unit holders of DMS Parent, LLC were citizens of the State of New Jersey at the time this action was commenced, nor are they currently citizens of the State of New Jersey.

4. Therefore, the action is between citizens of different states as defined by 28 U.S.C. § 1332(a)(1).

5. Moreover, upon information and belief, the matter in dispute exceeds the sum of seventy-five thousand dollars ($75,000.00) exclusive of interest and costs pursuant to 28 U.S.C. 1332(a). Plaintiffs' Complaint alleges that plaintiff Nagat Michael sustained severe

disabling injuries, including permanent disfigurement, great pain and mental anguish, and has and will be caused in the future to incur expenses for medical treatment, medication, X-rays and surgery and has been otherwise be prevented from performing her usual, customary daily activities. *Per quod* plaintiff Wageeh Y. Michael asserts a *per quod* claim. Pursuant to New Jersey Court Rule 4:5-2, Plaintiffs' Complaint seeks unliquidated money damages generally without specifying the amount. See 28 U.S.C. § 1446(c)(2)(A)(ii). Pursuant to 28 U.S.C. § 1446(c)(2)(B), DMS respectfully submits that the preponderance of the evidence shows that the matter in dispute exceeds the sum of seventy-five thousand dollars ($75,000) exclusive of interest and costs pursuant to 28 U.S.C. § 1332(a).

6. Furthermore, DMS respectfully submits that this Notice of Removal is timely under 28 U.S.C. § 1446(b). Upon information and belief, DMS' first receipt of Plaintiffs' Complaint was on or about January 22, 2020. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after DMS' receipt of Plaintiffs' First Amended Complaint on or about January 22, 2020. Plaintiffs' Complaint is the initial pleading setting forth the claim for relief upon which this action is based as to DMS.

7. Pursuant to 28 U.S.C. § 1332, given that the true parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, DMS respectfully submits that this court has original jurisdiction. See 28 U.S.C. 1332(a)(2); Moore's Federal Practice, 107.14(2)(c) ("a Federal District Court has original jurisdiction of all civil actions in which the amount in controversy is satisfied in the actions between citizens of the Sate and citizens or subjects of a foreign state. The judicial power has often been referred to as alienage jurisdiction.").

8. Pursuant to 28 U.S.C. §1446(a), a copy of all processed pleadings and orders that have transpired in the State Court action are attached hereto as <u>Exhibit A</u>.

9. Pursuant to 28 U.S.C. §1446(d), DMS shall, promptly after the filing of this

Notice of Removal, give written notice to all adverse parties and file a copy of the notice with the Clerk of Superior Court of New Jersey, Law Division, Passaic County.

10. Upon removal, undersigned counsel will file an Answer to Plaintiffs' Complaint in Federal Court.

11. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses, defendant Diversified Maintenance Systems, LLC respectfully requests that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine it controversy.

**LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A.**
Attorneys for Defendant Diversified Maintenance Systems, LLC

BY: **s/ Matthew E. Kennedy**
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
mkennedy@lbmblaw.com

Dated: February 20, 2020

## LOCAL CIVIL RULE 11.2 CERTIFICATION

I hereby certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in this Court or any other court, or of any pending arbitration or administrative proceedings, with the exception of <u>Michael, et al. v. Macy's Retail Holdings, Inc., et al</u>, Superior Court of New Jersey, Law Division, Passaic County, Docket No.: PAS-L-000042-20.

I hereby certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

4

          **LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A.**
          Attorneys for Defendant Diversified Maintenance Systems, LLC

          BY: **s/ Matthew E. Kennedy**
          7 Ridgedale Avenue
          Cedar Knolls, NJ 07927
          (973) 539-2090
          mkennedy@lbmblaw.com

Dated: February 20, 2020

## CERTIFICATE OF SERVICE

Matthew E. Kennedy, Esq., first being duly sworn according to law, deposes and says that he is an attorney for the firm of LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A., attorneys for defendant Diversified Maintenance Systems, LLC and that he did serve the above and foregoing **NOTICE OF REMOVAL and CERTIFICATION PURSUANT TO LOCAL RULE 11.2** upon the parties named below via New Jersey Lawyers Services:

    Raymond B. Reddin, Esq.
    REDDIN MASRI, LLC
    485 Totowa Road
    Totowa, New Jersey 07512
    (973) 553-0004 T
    Attorneys for Plaintiffs
    NAGAT MICHAEL and WAGEEH Y. MICHAEL

          **LEARY, BRIDE, MERGNER & BONGIOVANNI, P.A.**
          Attorneys for Defendant Diversified Maintenance Systems, LLC

          BY: **s/ Matthew E. Kennedy**
          7 Ridgedale Avenue
          Cedar Knolls, NJ 07927
          (973) 539-2090
          mkennedy@lbmblaw.com

Dated: February 20, 2020