Raymond B. Reddin, Esq. [016332005]
REDDIN MASRI, LLC
485 Totowa Road
Totowa, New Jersey 07512
Phone:  973-553-0004
Fax:    973-553-0005
Attorneys for Plaintiffs, NAGAT MICHAEL AND
                WAGEEH Y. MICHAEL, Husband and Wife

---

| | | |
|---|---|---|
| NAGAT MICHAEL AND | : | SUPERIOR COURT OF NEW JERSEY |
| WAGEEH Y. MICHAEL, | : | LAW DIVISION: PASSAIC COUNTY |
| Husband and Wife, | : | CIVIL DIVISION |
| | : | |
| Plaintiffs, | : | |
| | : | DOCKET NO. PAS-L |
| vs. | : | Civil Action |
| | : | |
| **MACY'S RETAIL HOLDINGS,** | : | |
| **INC., MACY'S INC.; MACY'S** | : | |
| **DEPARTMENT STORE** AND "JOHN | : | |
| DOE 1-10" AND/OR "ABC CORP. | : | |
| AND/OR LLC #1-5" SAID NAMES | : | |
| BEING FICTITIOUS AND UNKNOWN | : | |
| TO PLAINTIFFS; AND | : | **COMPLAINT, JURY DEMAND, AND** |
| **BROOKFIELD PROPERTIES, D/B/A** | : | **DEMAND TO ANSWER UNIFORM** |
| **WILLOWBROOK MALL,** | : | **AND SUPPLEMENTAL INTERROGATORIES** |
| AND/OR "JOHN DOE #1-3" AND/OR | : | **AND DEMAND OF INSURANCE COVERAGE** |
| ABC CORP AND/OR LLC #1-5 | : | |
| SAID NAMES IN QUOTES BEING | : | |
| FICTITIOUS AND UNKNOWN TO | : | |
| PLAINTIFFS, AND | : | |
| **DIVERSIED MAINTENCE** | : | |
| **SYSTEMS LLC,** AND/OR "JOHN DOE | : | |
| MAINTENANCE CO. #1-3" | : | |
| SAID NAMES IN QUOTES BEING | : | |
| FICTITIOUS AND UNKNOWN TO | : | |
| PLAINTIFFS, | : | |
| | : | |
| Defendants. | : | |

---

**NAGAT MICHAEL AND WAGEEH Y. MICHAEL, HUSBAND AND WIFE,** currently residing at 71 St. Phillips Drive, in the City

1

of Clifton, County of Passaic, and State of New Jersey, by and through their attorneys, REDDIN MASRI, LLC, by way of Complaint against the above captioned Defendants, herein say as follows:

## FACTUAL BACKGROUND

1. On or about January 11, 2018, **NAGAT MICHAEL** (hereinafter referred to as **"Plaintiff"**), visited Macy's Department Store, (hereinafter referred to as the **("Store")**, located at 1100 Willowbrook Mall, in the Township of Wayne, County of Passaic, and State of New Jersey.

2. On that date, Plaintiff, **NAGAT MICHAEL**, was a lawful invitee, lawfully present at said **"Store"**.

3. At approximately 1:30 P.M., while shopping in the store to exchange items of clothing previously purchased, the Plaintiff, **NAGAT MICHAEL**, slipped on a wet surface and fell to the ground, landing on her right side which caused her to sustain severe pain, anguish, and become seriously injured.

4. As a result of the fall, Plaintiff, **NAGAT MICHAEL**, suffered a substantial injury to her right side, and specifically her right hip, sustaining a subcapital fracture to her right femur requiring an immediate surgical procedure and substantial follow-up medical care and treatment.

## FIRST COUNT

1.	At all times relevant hereto, Defendants, **MACY'S RETAIL HOLDINGS, INC., MACY'S INC., MACY'S DEPARTMENT STORE, ET AL**, the "Store" (hereinafter referred to as "Defendants") was the owner and/or the Lessee/occupant of the property located at 1100 Willowbrook Mall, in the Township of Wayne, Passaic County, New Jersey on January 11, 2018, and as such, was under a legal duty to take all reasonable care and steps to prevent the occurrence of dangerous conditions on their premises.

2.	At all times relevant hereto, Defendants, **MACY'S RETAIL HOLDINGS, INC., MACY'S INC., MACY'S DEPARTMENT STORE, "John Does #1-10" and "ABC Corporations and/or LLC #1-5"** are fictitious names representing currently unknown persons or entities whom are the lawful owners and/or the Lessee/occupant of the premises and were responsible for the aforesaid premises.

3.	Defendants, **MACY'S RETAIL HOLDINGS, INC., MACY'S INC., ET AL, MACY'S DEPARTMENT STORE, "John Does #1-10" and "ABC Corporations" and/or "LLC #1-5", (SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS)** were negligent, careless and reckless, in that they:

A.	Improperly prevented the occurrence of a dangerous condition at the property;

B.	Failed to take proper safety precautions, including

but not limited to, providing invitees with a safe, unencumbered, clear shopping area, along with providing clear and safe visibility;

    C.    Were otherwise negligent, careless and/or reckless.

    4.    As a direct and proximate result of the negligence of the above-mentioned Defendants, individually, jointly or in the alternative, the Plaintiff, **NAGAT MICHAEL**, was caused to suffer and sustain severe disabling injuries, including permanent disfigurement, great pain and mental anguish, and has and will be caused in the future to incur expenses for medical treatment, medication, X-rays and surgery and has been otherwise be prevented from performing her usual, customary daily activities.

    **WHEREFORE**, Plaintiffs, **NAGAT MICHAEL AND WAGEEH Y. MICHAEL, H/W** demand Judgment against Defendants **MACY'S RETAIL HOLDINGS, INC., MACY'S, INC., MACY'S DEPARTMENT STORE,** "**John Does #1-10**" **and** "**ABC Corporations**" **and/or** "**LLC #1-5**", (**SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS)** for damages, together with interest, attorneys' fees and costs of suit.

### SECOND COUNT

    1)    Plaintiffs, **NAGAT MICHAEL and WAGEEH Y. MICHAEL, Husband and Wife** repeat all of the allegations contained in the

First Count of the Complaint as if set forth herein verbatim and at length.

2) At the time of the accident complained of in the Plaintiffs' Complaint, the Plaintiffs were married and the Plaintiffs continue to be married.

3) As a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance and conjugal fellowship, all to the detriment of their marital relationship.

4) All of the injuries and damages were caused solely and proximately by the negligence of the Defendants, individually, jointly or in the alternative.

**WHEREFORE**, Plaintiffs, **NAGAT MICHAEL and WAGEEH Y. MICHAEL, HUSBAND AND WIFE,** jointly as husband and wife, demand Judgment against the Defendants, **MACY'S RETAIL HOLDINGS, INC., MACY'S, INC., MACY'S DEPARTMENT STORE,** "John Does #1-10" and "ABC Corporations and/or LLC #1-5", (**"SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS"** individually, jointly or in the alternative, for damages, together with interest, attorneys' fees and costs of suit.

## THIRD COUNT

1)   Plaintiffs, **NAGAT MICHAEL and WAGEEH Y. MICHAEL, HUSBAND AND WIFE,** repeat all of the allegations contained in the First Count AND Second Count of the Complaint as if set forth herein verbatim and at length.

2)   At all times relevant hereto, **Defendant, BROOKFIELD PROPERTIES, D/B/A WILLOWBROOK MALL,** AND/OR "**JOHN DOE CO. 1-3**" (**SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS,**) was the lawful owner of the premises (hereinafter referred to as "Defendants or Owner") and was responsible for the overall maintenance and care of and to keep the common area clear of any dangerous conditions at said property located at 1100 Willowbrook Mall, in the Township of Wayne, Passaic, County, New Jersey.

3)   Defendants, **BROOKFIELD PROPERTIES D/B/A/ WILLOWBROOK MALL, AND/OR "JOHN DOE CO. 1-3"** (**SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS,**) were negligent, careless and reckless, in that they:

A.   Improperly prevented the occurrence of a dangerous condition at the property;

B.   Failed to take proper safety precautions, including but not limited to, providing invitees with a safe, unencumbered, clear shopping area, along with providing clear

6

and safe visibility;

C. Were otherwise negligent, careless and/or reckless.

4) As a direct and proximate result of the negligence of the above-mentioned Defendants, individually, jointly or in the alternative, the Plaintiff, **NAGAT MICHAEL**, was caused to suffer and sustain severe disabling injuries, including permanent disfigurement, great pain and mental anguish, and has and will be caused in the future to incur expenses for medical treatment, medication, X-rays and surgery and has been otherwise be prevented from performing her usual, customary daily activities.

**WHEREFORE**, Plaintiffs, **NAGAT MICHAEL AND WAGEEH Y. MICHAEL, H/W** demand Judgment against Defendants, **BROOKFIELD PROPERTIES, D/B/A WILLOWBROOK MALL, AND/OR "JOHN DOE COMPANY #1-3" (SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS),** for damages, together with interest, attorneys' fees and costs of suit.

## FOURTH COUNT

1) Plaintiffs, **NAGAT MICHAEL and WAGEEH Y. MICHAEL, HUSBAND AND WIFE,** repeat all of the allegations contained in the First Count and in the Second Counts of the Complaint as if set forth herein verbatim and at length.

2) At all times relevant hereto, **Defendant, Diversified Maintenance Systems LLC,** AND/OR **"JOHN DOE MAINTENANCE CO. 1-3" (SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS,)**

7

the "Maintenance Service or Maintenance Company" (hereinafter referred to as "Defendants") was responsible for the cleaning and overall maintenance and care of and to keep the common area clear of any dangerous conditions at said property located at 1100 Willowbrook Mall, in the Township of Wayne, Passaic, County, New Jersey.

3) Defendants, **Diversified Maintenance Systems LLC AND/OR "JOHN DOE MAINTENANCE CO. 1-3"** (**SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS,**) were negligent, careless and reckless, in that they:

A. Improperly prevented the occurrence of a dangerous condition at the property;

B. Failed to take proper safety precautions, including but not limited to, providing invitees with a safe, unencumbered, clear shopping area, along with providing clear and safe visibility;

C. Were otherwise negligent, careless and/or reckless.

4) As a direct and proximate result of the negligence of the above-mentioned Defendants, individually, jointly or in the alternative, the Plaintiff, **NAGAT MICHAEL**, was caused to suffer and sustain severe disabling injuries, including permanent disfigurement, great pain and mental anguish, and has and will

be caused in the future to incur expenses for medical treatment, medication, X-rays and surgery and has been otherwise be prevented from performing her usual, customary daily activities.

**WHEREFORE**, Plaintiffs, **NAGAT MICHAEL AND WAGEEH Y. MICHAEL, H/W** demand Judgment against Defendants, **Diversified Maintenance Systems LLC AND/OR "JOHN DOE MAINTENCE COMPANY #1-3" (SAID NAMES IN QUOTES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFFS)**, for damages, together with interest, attorneys' fees and costs of suit.

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES
## REQUEST FOR ANSWERS TO FORM C INTERROGATORIES

The Plaintiffs hereby demands that the Defendants respond to Form C & C(2) Interrogatories pursuant to Rule 4:17-1(b)(2).

## DEMAND FOR INSURANCE INFORMATION

Pursuant to R. 4:10-2(b), demand is hereby made that the Defendants disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. If such agreements or policies exist, provide a copy of each forthwith.

**JURY DEMAND**

Plaintiffs hereby demand a Trial by Jury as to all issues so triable.

**TRIAL DESIGNATION**

Pursuant to Rule 4:25-4, Raymond B. Reddin, Esq. is hereby designated as trial counsel for the within matter.

>REDDIN MASRI, LLC
>Attorneys for Plaintiff
>
>s/ *Raymond B. Reddin*
>_____
>Raymond B. Reddin, Esq.
>For the Firm

**Dated: January 6, 2020**

**CERTIFICATION PURSUANT TO RULE 4:5-1**

I Certify that, pursuant to Rule 4:5-1, that the matter in controversy is not the subject of any other action or arbitration proceeding, now or contemplated, and that no other parties should be joined in this action at this time.

>REDDIN MASRI, LLC
>Attorneys for Plaintiff
>
>s/ *Raymond B. Reddin*
>_____
>Raymond B. Reddin, Esq.
>For the Firm

**Dated: January 6, 2020**

# Civil Case Information Statement

**Case Details: PASSAIC | Civil Part Docket# L-000042-20**

**Case Caption:** MICHAEL NAGAT VS MACY'S RETAIL HOLDIN G, INC.
**Case Initiation Date:** 01/06/2020
**Attorney Name:** RAYMOND BRUNO REDDIN
**Firm Name:** REDDIN MASRI, LLC
**Address:** 485 TOTOWA RD
TOTOWA NJ 07512
**Phone:** 9735530004
**Name of Party:** PLAINTIFF : MICHAEL, NAGAT
**Name of Defendant's Primary Insurance Company (if known):** SEDGWICK CLAIMS MANAGEMENT

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Are sexual abuse claims alleged?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/06/2020                                                                                              /s/ RAYMOND BRUNO REDDIN
Dated                                                                                                                            Signed